UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   ALLEN MICHAEL JONES                        CASE NO. 20-10871
   414 LIBERTY CT                              JUDGE BENJAMIN A. KAHN
   ARCHDALE, NC  27263

       DEBTOR

SSN(1) XXX-XX-1636                         DATE:  06/11/2021

### REPORT OF FILED CLAIMS

   Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CAPITAL ONE<br>P O BOX 30281<br>SALT LAKE CITY, UT  84130 | $0.00<br>INT: .00%<br>NAME ID: 53118<br>CLAIM #: 0006 | (U) UNSECURED<br>NOT FILED<br>ACCT: 4003<br>COMMENT: |
| CAPITAL ONE<br>P O BOX 30281<br>SALT LAKE CITY, UT  84130 | $0.00<br>INT: .00%<br>NAME ID: 53118<br>CLAIM #: 0007 | (U) UNSECURED<br>NOT FILED<br>ACCT: 6032<br>COMMENT: WALMART |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $1,428.69<br>INT: .00%<br>NAME ID: 181492<br>CLAIM #: 0017 | (U) UNSECURED<br><br>ACCT: 6103<br>COMMENT: |
| CAPITAL ONE NA<br>BY AMERICAN INFORSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $902.09<br>INT: .00%<br>NAME ID: 180320<br>CLAIM #: 0016 | (U) UNSECURED<br><br>ACCT: 8830<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT: 1636<br>COMMENT: |
| MARINER FINANCE LLC<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD  21236 | $3,190.67<br>INT: .00%<br>NAME ID: 149311<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: 4186<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 1636<br>COMMENT: |
| NATIONAL FINANCE COMPANY INC<br>% LYNDON SOUTHERN INS<br>151 PINNACLE PL<br>LITTLE RIVER, SC  29566 | $1,992.22<br>INT: .00%<br>NAME ID: 167021<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 1906<br>COMMENT: |

PAGE 2 - CHAPTER 13 CASE NO. 20-10871

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| ONEMAIN<br>P O BOX 3251<br>EVANSVILLE, IN  47731 | $7,087.50<br>INT: 5.25%<br>NAME ID: 161576<br>CLAIM #: 0004 | | (V) VEHICLE-SECURED<br><br>ACCT: 9821<br>COMMENT: 07CHEV,1220A |
| ONEMAIN<br>P O BOX 3251<br>EVANSVILLE, IN  47731 | $4,533.79<br>INT: .00%<br>NAME ID: 161576<br>CLAIM #: 0005 | | (U) UNSECURED<br><br>ACCT: 9821<br>COMMENT: SPLIT, 1220A |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $2,532.08<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0013 | | (U) UNSECURED<br><br>ACCT: 5218<br>COMMENT: SYNCHRONY BANK |
| QUANTUM3 GROUP LLC<br>AS AGENT FOR MERCURY FINANCIAL LLC<br>P O BOX 2489<br>KIRKLAND, WA  98083 | $2,982.32<br>INT: .00%<br>NAME ID: 184250<br>CLAIM #: 0009 | | (U) UNSECURED<br><br>ACCT: 1420<br>COMMENT: |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 2489<br>KIRKLAND, WA  98083 | $826.18<br>INT: .00%<br>NAME ID: 183468<br>CLAIM #: 0008 | | (U) UNSECURED<br><br>ACCT: 1816<br>COMMENT: |
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC  27205 | $0.00<br>INT: .00%<br>NAME ID: 9626<br>CLAIM #: 0003 | | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| REGIONAL MANAGEMENT CORP<br>979 BATESVILLE RD STE B<br>GREER, SC  29651 | $4,916.90<br>INT: .00%<br>NAME ID: 162250<br>CLAIM #: 0012 | | (U) UNSECURED<br><br>ACCT: 1395<br>COMMENT: |
| WELLS FARGO BANK<br>WELLS FARGO SERVICING CENTER<br>P O BOX 94423<br>ALBUQUERQUE, NM  87199 | $21,561.55<br>INT: .00%<br>NAME ID: 124360<br>CLAIM #: 0014 | | (U) UNSECURED<br><br>ACCT: 1279<br>COMMENT: |
| WELLS FARGO BANK NA<br>% WELLS FARGO CARD SERVICES<br>P O BOX 9210<br>DES MOINES, IA  50306 | $1,664.05<br>INT: .00%<br>NAME ID: 43374<br>CLAIM #: 0015 | | (U) UNSECURED<br><br>ACCT: 5307<br>COMMENT: |
| **TOTAL:** | **$53,618.04** | | |
| B PETER JARVIS ESQ<br>TENNANT LAW OFFICES PC<br>10821 N MAIN ST<br>P O BOX 4585<br>ARCHDALE, NC  27263 | $4,500.00 | | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  06/11/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
    Attorney for Debtor - Electronic Notice